IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)    JOHN CLIFFORD LITTLEJOHN, <br><br> Plaintiff, <br><br> vs. <br><br> (2)    TOWN OF POCOLA, <br> (3)    MICHAEL ROEDER, in his <br>       Individual Capacity, <br> (4)    JONATHAN HOOG, in his <br>       Individual Capacity, <br> (5)    EVAN BEEN, in his Individual <br>       Capacity, <br> (6)    JOHN CHANEY, in his Individual <br>       Capacity, <br> (7)    JOSHUA BUTLER, in his Individual <br>       Capacity, <br><br> Defendants. | No. CV-17-424-RAW |

**DEFENDANTS MICHAEL ROEDER, JONATHAN HOOG, EVAN BEEN, JOHN
CHANEYAND JOSHUA BUTLER'S MOTION TO DISMISS**

COMES NOW Defendants Michael Roeder, Jonathan Hoog, Evan Been, John Chaney, and

Joshua Butler (hereinafter individual Defendants), by and through their attorneys, Steidley and Neal,

P.L.L.C., and pursuant to Rule 4 of the Federal Rules of Civil Procedure move to dismiss without

prejudice the claims against the individual Defendants.

A Brief in Support is filed contemporaneously with this Motion

WHEREFORE, premises considered, the individual Defendants request this Court dismiss

them from this action without prejudice pursuant to Rule 4 of the Federal Rules of Civil Procedure

and for any other just and equitable relief the Court deems appropriate.

Respectfully submitted,

STEIDLEY & NEAL
*Attorneys for Defendants*

By:    *s/Sean M. McKelvey*
       Sean M. McKelvey, OBA #17098
       smm@steidley-neal.com
       P.O. Box 1165
       McAlester, OK 74502
       (918)423-4611
       (918)423-4620 - fax

## Certificate of Service

 X    I hereby certify that on the 1st day of February 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Steven P. Minks                               AttorneyMinks@gmail.com


\_\_\_\_\_    I hereby certify that on the \_\_\_ day of February 2018, I served the attached document by U.S. Mail, postage fully prepaid, on the following who are not registered participants of the ECF System:




       *s/Sean M. McKelvey*
        of Steidley & Neal, P.L.L.C.

2